## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## THE HONORABLE Gregory R. Schaaf

IN RE:  CASE NUMBER 22-70034

Anthony V. Allen

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 02/21/2023  TIME: 10:00

ISSUE:

54   01/11/2023   Motion for Relief from Stay regarding 2002 Clayton Mobile Home and real estate, filed by Vanderbilt Mortgage and Finance, Inc. Fee Amount 188. Last day to file objections: 1/25/2023. (Attachments: # 1 Proposed Order) (Cain, G.)

DISPOSITION:

Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, February 21, 2023**
(awd)