**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

IN RE:

**ANTHONY V. ALLEN**

**CHAPTER 13**

**CASE NO. 22-70034**

DEBTOR(S)

**ORDER FOR RELIEF FROM STAY**

\*\*\* \*\*\* \*\*\*

On Motion of Vanderbilt Mortgage and Finance, Inc. ("Creditor" or "Vanderbilt Mortgage and Finance, Inc."), and the Court being otherwise duly and sufficiently advised, it is ordered that:

1. That the automatic stay imposed by Section 362 of Title 11, United States Bankruptcy Code for Anthony V. Allen, previously entered herein is hereby terminated to permit Vanderbilt Mortgage and Finance, Inc. and all other parties claiming an interest in the following described property, to proceed to enforce their liens upon the subject property:

> Being the same tract of land described in Deed Book No. 439, pg 623 and shown in Deed Book No. 439 page 624 and containing 0.71462 acre more or less. This Release, Transfer and Conveyance is hereby made with one Exception that the southwest corner of said property, that being the fenced yard to the residence of Michael P. Hall, and adjoining the property line of Conley Johnson, being approx. 44 5 ft x 15 ft be excluded and left from this Transfer so as not to land-lock and block easement and right-of-way to the property and residence of Michael P. Hall. The picture of said parcel in Deed book No. 439 page 624 more clearly defines this Exception. The picture, on page 624, is marked Exhibit A-1, and the said Exception is located at the corner marked ('x` on Block Wall) as so indicated here.

> Being the same property conveyed to Anthony V. Allen, by Deed dated January 6, 2004, from Gary V. Allen and Carol A. Allen, his wife, recorded in Deed Book 494, Page 488, in the Floyd County Clerk`s Office.

AND

      One (1) 2002 Clayton Mobile Home, VIN# CLH028021TNAB

      2.      That the results of any sale of the above-mentioned property be reported to the trustee.

      3.      That upon the expiration of the time provisions in BR 4001, Vanderbilt Mortgage and Finance, Inc. may immediately enforce and implement this order granting relief from the automatic stay, including but not limited to repossession and/or liquidation of the property described herein. Vanderbilt Mortgage and Finance, Inc. shall also have the continuing authority to contact the debtor(s) to determine Anthony V. Allen's intentions with respect to the Collateral. Moreover, this order, and the Creditor's relief from stay shall not be affected by the conversion of this case to a different Chapter under the Bankruptcy Code.

      4.      Pursuant to Local Rule 9022-1, Counsel for Movant should cause a copy of this Order to be served on all parties and persons designated to receive this Order and shall file with the Court a certificate of service upon such parties and persons within 10 days after the entry of this Order.

PREPARED AND SUBMITTED BY:

G. Michael Cain
Kirkland, Cain & Horn, PLLC
P.O. Box 1100
Frankfort, Kentucky 40602

DISTRIBUTION LIST:

G. Michael Cain
Kirkland, Cain & Horn, PLLC
P.O. Box 1100
Frankfort, Kentucky 40602

Anthony V. Allen
1420 KY Route 466
Melvin, KY 41650

Franklen K. Belhasen, II
P.O. Box 1719
Paintsville, KY 41240

Beverly M. Burden
PO BOX 2204
Lexington, KY 40588

Office of the United States Trustee
Eastern District of Kentucky
100 East Vine Street #500
Lexington, Kentucky 40507

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Tuesday, April 25, 2023
(grs)